IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BUSH,
    Petitioner,
vs.                                      Case No.: 5:10cv252/RS/EMT

PAIGE AUGUSTINE, WARDEN
    Respondent.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1). Petitioner subsequently filed an amended petition (doc. 8). The court later granted Respondent's motion to consolidate this case with case 5:10cv280/RS/EMT on July 7, 2011 (*see* doc. 31), and on July 19, 2011, Respondent filed a consolidated response to the allegations in both cases (doc. 32). Petitioner was ordered to file a reply to Respondent's response (doc. 33), which he has failed to do so. Subsequently, on November 28, 2011, the court issued an order requiring Petitioner to show cause within twenty-one (21) days why this action should not be dismissed as moot due to his release, or, alternatively, due to his failure to comply with an order of the court (doc. 36). The order was returned as undeliverable (doc. 37). Petitioner has filed nothing with the court since August 5, 2011.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case, along with member case 5:10cv280/RS/EMT, be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court and failure to keep the court apprised of his current address.

       At Pensacola, Florida, this 21st day of December 2011.

                                                        /s/ *Elizabeth M. Timothy*
                                                        **ELIZABETH M. TIMOTHY**

**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).