IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BUSH,

    Petitioner,

vs.                                        CASE NO. 5:10-cv-252/RS-EMT

PAIGE AUGUSTINE, WARDEN,

    Respondent.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 38). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The case, along with member case 5:10cv280/RS-EMT are **dismissed without prejudice** for Petitioner's failure to comply with an order of the court and failure to keep the court apprised of his current address.

3. The clerk is directed to close those cases.

**ORDERED** on January 23, 2012.

                                                   /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**